## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA   :   No. 70 EM 2023
:
:
:
v.                                   :
:
:
GREGORY POWELL                    :
:
:
PETITION OF: JAMES RICHARD LLOYD,   :
III, ESQUIRE                              :

## ORDER

**PER CURIAM**

**AND NOW**, this 4th day of January, 2024, in consideration of the Application to Withdraw as Counsel, this matter is REMANDED for the Court of Common Pleas of Philadelphia County to determine whether to permit counsel to withdraw. In the event counsel is granted leave to withdraw, the Court of Common Pleas of Philadelphia County is to resolve any corollary issues, such as whether to appoint new counsel or to permit Gregory Powell to proceed *pro se*.

The Court of Common Pleas of Philadelphia County is DIRECTED to enter its order on remand within 90 days and to promptly notify this Court of its determination.

Justice McCaffery did not participate in the consideration or decision of this matter.